## SMITH cont\a BOUDEN

Cap\tn Iames Smith formerly of Marblehead now resident in Boston plaint. ag\t Mica Bouden Defend\t in an action of the case for not paying the Summe of one hundred pound in money due to the plaint. by the breach of an Indenture or Lease dated the. 13. day of March. 1674 under the hand and Seale of the s\d Bowden with

all other due damages. . . . The Iury . . . found for the Defend<sup>t</sup> costs of Court: The plaint. Appealed from this Iudgem<sup>t</sup> unto the next Court of Assistants and put in Security for prosecution of his Appeale to effect.

[ See Records of Court of Assistants, i. 134.]